# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CURTIS COLSTON**                                                                 **PLAINTIFF**
**ADC # 163872**

**VS.**                          **4:19-CV-00373-BRW**

**KIRK D. JOHNSON,** *et al.*                                                 **DEFENDANT**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of May, 2019.


                                                           Billy Roy Wilson_____
                                                           UNITED STATES DISTRICT JUDGE